de considerar una "cuestión política" que, en todo caso, corresponde a la Legislatura resolver.

No tratándose de anuncios patente y explícitamente político-partidistas, no procede la intervención de este Tribunal.

Por todas las consideraciones anteriormente expuestas, concluimos que no procede el *injunction* preliminar. En el caso *P.P.D. v. P.N.P.*, Caso Civil Núm. CT-95-10, procede dejar sin efecto la Orden de Injunction Preliminar dictada por el tribunal de instancia el 6 de diciembre de 1995, tanto por las razones discutidas en esta opinión como por razón de haber sido dictada sin jurisdicción, y desestimar la demanda; en el caso *P.P.D. v. Rosselló*, Caso Civil Núm. AP-95-7, procede revocar la sentencia dictada por el tribunal de instancia y desestimar la demanda por falta de "legitimación activa", y en el caso *Pérez Preston v. Aponte*, Caso Civil Núm. AP-95-9, procede confirmar al tribunal de instancia al determinar la ausencia de "legitimación activa" por parte de los demandantes. En lo que respecta al caso del Representante demandado, Hon. Luis Maldonado Rodríguez, al no comparecer a la vista y habérsele anotado la rebeldía, y tomando en consideración las alegaciones de la demanda, concurrimos con lo ordenado en la opinión de la mayoría.

*In re* CLARA ROBLES CALDERÓN.

*Número:* AB-92-10          *Resuelto:* 28 de diciembre de 1995

*Carlos Lugo Fiol, Procurador General,* e *Yvonne Casanova Pelosi, Procuradora General Auxiliar,* en Informe; *Clara Robles Calderón, pro se.*

## RESOLUCIÓN

Vista la solicitud de reinstalación de la abogada Clara Robles Calderón y la comparecencia del Procurador General, *se accede a ésta provisionalmente y condicionada al resultado de la queja Núm. AB-93-19, pendiente ante nos, y que ahora se activa. Se devuelve la queja Núm. AB-93-19 al Colegio de Abogados de Puerto Rico para los trámites correspondientes. Se apercibe a la licenciada Robles Calderón de su deber de atender con diligencia todo lo relacionado a ese trámite.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*